UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

GRAZYNA ZIMNIUCH,          :     CIV. NO. 3:03CV0875(AWT)
A 73-474-205               :
                           :                2003 OCT 23  P 12: 11
        Petitioner,        :
                           :
v.                         :            US DISTRICT COURT
                           :              HARTFORD CT
DEPARTMENT OF HOMELAND     :
SECURITY,                  :
                           :
        Respondent         :     OCTOBER 22, 2003


### JOINT MOTION FOR ENLARGEMENT OF TIME

The parties jointly move for an additional enlargement of time of 30 days, up to and including November 24, 2003, for the respondent to file a response in this matter.

As grounds for this motion, the undersigned submits that Attorney James E. Swaine, counsel for petitioner, has indicated a desire for an additional enlargement of time to further consult with his client regarding the pending petition for writ of habeas corpus, and to explore the possibility of whether any alternative options are available to resolve this matter.  As previously indicated, Attorney Swaine may also seek to amend the petition which was filed by petitioner's former counsel.

For these reasons, the parties request that this motion be granted upon consent.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510
(203) 821-3700
FEDERAL BAR NO. ct20813

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was sent via

United States Mail, postage prepaid, on this date, to:


ATTORNEY JAMES E. SWAINE
LAW OFFICES OF JAMES E. SWAINE
18 TRUMBULL STREET
NEW HAVEN, CT 06511

Dated at New Haven, Connecticut this 22d day of October,

2003.


_____
WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY