UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRAZYNA ZIMNIUCH, A 73-474-205 | : | CIV. NO. 3:03CV0875(AWT) |
| Petitioner, | : | |
| v. | : | |
| DEPARTMENT OF HOMELAND SECURITY, | : | |
| Respondent | : | OCTOBER 22, 2003 |

JOINT MOTION FOR ENLARGEMENT OF TIME

The parties jointly move for an additional enlargement of time of 30 days, up to and including November 24, 2003, for the respondent to file a response in this matter.

As grounds for this motion, the undersigned submits that Attorney James E. Swaine, counsel for petitioner, has indicated a desire for an additional enlargement of time to further consult with his client regarding the pending petition for writ of habeas corpus, and to explore the possibility of whether any alternative options are available to resolve this matter. As previously indicated, Attorney Swaine may also seek to amend the petition which was filed by petitioner's former counsel.

Extension GRANTED, to and including November 24, 2003. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT  11/4/03