```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT

GRAZYNA ZIMNIUCH,              :    CIV. NO. 3:03CV0875(AWT)
A 73-474-205                   :
                               :
     Petitioner,               :
                               :
v.                             :
                               :
DEPARTMENT OF HOMELAND         :
SECURITY,                      :
                               :
     Respondent                :    NOVEMBER 23, 2003
```

<u>JOINT MOTION FOR ENLARGEMENT OF TIME</u>

The parties jointly move for an additional enlargement of time of 30 days, up to and including December 24, 2003, for the respondent to file a response in this matter.

As grounds for this motion, the undersigned submits that counsel continue to explore the possibility of whether any alternative options are available to resolve this matter and the additional time is necessary.

In addition, as previously indicated, Attorney Swaine may also seek to amend the petition which was filed by petitioner's former counsel.

For these reasons, the parties request that this motion be granted upon consent.

                                      Respectfully submitted,

                                      KEVIN J. O'CONNOR
                                      UNITED STATES ATTORNEY

                                      WILLIAM M. BROWN, JR.
                                      ASSISTANT UNITED STATES ATTORNEY
                                      157 CHURCH STREET
                                      NEW HAVEN, CONNECTICUT 06510
                                      (203) 821-3700
                                      FEDERAL BAR NO. ct20813

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

ATTORNEY JAMES E. SWAINE
LAW OFFICES OF JAMES E. SWAINE
18 TRUMBULL STREET
NEW HAVEN, CT 06511

Dated at New Haven, Connecticut this 23rd day of November, 2003.

_____
WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY