UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRAZYNA ZIMNIUCH, A 73-474-205 | : | CIV. NO. 3:03CV0875(AWT) |
| Petitioner, | : | |
| v. | : | |
| DEPARTMENT OF HOMELAND SECURITY, | : | |
| Respondent | : | NOVEMBER 23, 2003 |

## JOINT MOTION FOR ENLARGEMENT OF TIME

The parties jointly move for an additional enlargement of time of 30 days, up to and including December 24, 2003, for the respondent to file a response in this matter.

As grounds for this motion, the undersigned submits that counsel continue to explore the possibility of whether any alternative options are available to resolve this matter and the additional time is necessary.

In addition, as previously indicated, Attorney Swaine may also seek to amend the petition which was filed by petitioner's former counsel.

Extension GRANTED, nunc pro tunc, to and including December 24, 2003. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    12/2/03