```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT

GRAZYNA ZIMNIUCH,              :    CIV. NO. 3:03CV0875(AWT)
A 73-474-205                   :
                               :
     Petitioner,               :
                               :
v.                             :
                               :
DEPARTMENT OF HOMELAND         :
SECURITY,                      :
                               :
     Respondent                :    DECEMBER 23, 2003
```

### JOINT MOTION FOR ENLARGEMENT OF TIME

The parties jointly move for an additional enlargement of time of 30 days, up to and including January 26, 2004, for the respondent to file a response in this matter.

As grounds for this motion, the undersigned submits that, after a discussion between counsel on this date, counsel require the additional time to continue to explore whether any alternative options are available to resolve this matter.

In addition, as previously indicated, Attorney Swaine may also seek to amend the petition (which was filed by petitioner's former counsel) after further discussions with his client.

For these reasons, the parties request that this motion be granted upon consent.

>
> Respectfully submitted,
>
> KEVIN J. O'CONNOR
> UNITED STATES ATTORNEY
>
>
> WILLIAM M. BROWN, JR.
> ASSISTANT UNITED STATES ATTORNEY
> 157 CHURCH STREET
> NEW HAVEN, CONNECTICUT 06510
> (203) 821-3700
> FEDERAL BAR NO. ct20813

<u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

ATTORNEY JAMES E. SWAINE
LAW OFFICES OF JAMES E. SWAINE
18 TRUMBULL STREET
NEW HAVEN, CT 06511

Dated at New Haven, Connecticut this 23rd day of December, 2003.

```
                              _____
                              WILLIAM M. BROWN, JR.
                              ASSISTANT UNITED STATES ATTORNEY
```