UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| GRAZYNA ZIMNIUCH,<br>A 73-474-205 | : | CIV. NO. 3:03CV0875(AWT) |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF HOMELAND<br>SECURITY, | : | |
| | : | |
| Respondent | : | DECEMBER 23, 2003 |

JOINT MOTION FOR ENLARGEMENT OF TIME

The parties jointly move for an additional enlargement of time of 30 days, up to and including January 26, 2004, for the respondent to file a response in this matter.

As grounds for this motion, the undersigned submits that, after a discussion between counsel on this date, counsel require the additional time to continue to explore whether any alternative options are available to resolve this matter.

In addition, as previously indicated, Attorney Swaine may also seek to amend the petition (which was filed by petitioner's former counsel) after further discussions with his client.

Extension GRANTED, absent objection, to and including January 26, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   1/8/04