UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED

| | | |
|---|---|---|
| GRAZYNA ZIMNIUCH,<br>A 73-474-205 | : | CIV. NO. 3:03CV00875JAWT) A 10: 13 |
| | : | |
| Petitioner, | : | U.S. DISTRICT COURT<br>HARTFORD, CT. |
| v. | : | |
| DEPARTMENT OF HOMELAND<br>SECURITY, | : | |
| Respondent | : | JANUARY 26, 2004 |

JOINT MOTION FOR ENLARGEMENT OF TIME

The parties jointly move for an additional enlargement of time of 30 days, up to and including February 26, 2004, for the respondent to file a response in this matter.

As grounds for this motion, the undersigned submits that, after further discussion between counsel on this date, counsel require the additional time to continue to explore whether any alternative options are available to resolve this matter. In addition, Attorney Swaine has been occupied by a trial in a civil matter this month which has further delayed progress in discussions with his client and the parties' negotiations.

As previously indicated, Attorney Swaine may seek to amend the petition (which was filed by petitioner's former counsel) after further discussions with his client.

For these reasons, the parties request that this motion be granted upon consent.

                                            Respectfully submitted,

                                            KEVIN J. O'CONNOR
                                            UNITED STATES ATTORNEY

                                            WILLIAM M. BROWN, JR.
                                            ASSISTANT UNITED STATES ATTORNEY
                                            157 CHURCH STREET
                                            NEW HAVEN, CONNECTICUT 06510
                                            (203) 821-3700
                                            FEDERAL BAR NO. ct20813

CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

ATTORNEY JAMES E. SWAINE
LAW OFFICES OF JAMES E. SWAINE
18 TRUMBULL STREET
NEW HAVEN, CT 06511

Dated at New Haven, Connecticut this 26rd day of January, 2004.

_____
WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY