UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRAZYNA ZIMNIUCH, | : | CIV. NO. 3:03CV875(AWT) |
| A 73-474-205 | : | |
| | : | |
| Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| DEPARTMENT OF HOMELAND | : | |
| SECURITY, | : | |
| | : | |
| Respondent | : | JANUARY 26, 2004 |

JOINT MOTION FOR ENLARGEMENT OF TIME

The parties jointly move for an additional enlargement of time of 30 days, up to and including February 26, 2004, for the respondent to file a response in this matter.

As grounds for this motion, the undersigned submits that, after further discussion between counsel on this date, counsel require the additional time to continue to explore whether any alternative options are available to resolve this matter. In addition, Attorney Swaine has been occupied by a trial in a civil matter this month which has further delayed progress in discussions with his client and the parties' negotiations.

As previously indicated, Attorney Swaine may seek to amend the petition (which was filed by petitioner's former counsel) after further discussions with his client.

GRANTED, nunc pro tunc, to and including February 26, 2004.
It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   1/27/04