UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRAZYNA ZIMNIUCH, <br> A 73-474-205 | : | CIV. NO. 3:03CV0875(AWT) |
| Petitioner, | : | |
| v. | : | |
| DEPARTMENT OF HOMELAND SECURITY, | : | |
| Respondent | : | February 26, 2004 |

## JOINT MOTION FOR ENLARGEMENT OF TIME

The parties jointly move for an additional enlargement of time of 30 days, up to and including March 26, 2004, for the respondent to file a response in this matter.

As grounds for this motion, the undersigned submits that, after further discussion between counsel this week, counsel require the additional time to continue to explore whether any alternative options are available to resolve this matter. In addition, Attorney Swaine has indicated he will prepare a written proposal for consideration by respondent that the undersigned has agreed to forward for consideration upon receipt.

As previously indicated, Attorney Swaine may seek to amend or elect not to pursue the petition (which was filed by petitioner's former counsel) after further consultation with his client and consideration of any written proposal submitted to respondent. It is noted that petitioner's removal has been stayed.

For these reasons, the parties request that this motion be granted upon consent.

    Respectfully submitted,

    KEVIN J. O'CONNOR
    UNITED STATES ATTORNEY

    WILLIAM M. BROWN, JR.
    ASSISTANT UNITED STATES ATTORNEY
    157 CHURCH STREET
    NEW HAVEN, CONNECTICUT 06510
    (203) 821-3700
    FEDERAL BAR NO. ct20813

CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

ATTORNEY JAMES E. SWAINE
LAW OFFICES OF JAMES E. SWAINE
18 TRUMBULL STREET
NEW HAVEN, CT 06511

Dated at New Haven, Connecticut this 25th day of February, 2004.

_____
WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY