```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

GRAZYNA ZIMNIUCH,              :    CIV. NO. 3:03CV0875(AWT)
A 73-474-205                   :
                               :
      Petitioner,              :
                               :
v.                             :
                               :
DEPARTMENT OF HOMELAND         :
SECURITY,                      :
                               :
      Respondent               :    March 26, 2004
```

## JOINT MOTION FOR ENLARGEMENT OF TIME

The parties jointly move for an additional enlargement of time of 30 days, up to and including April 26, 2004, for the respondent to file a response in this matter.

As grounds for this motion, the undersigned submits that, after continued discussions between counsel, the parties require the additional time to continue to explore whether any alternative options are available to resolve this matter.

As previously indicated, Attorney Swaine has submitted a written proposal for consideration by respondent that the undersigned has received and forwarded for consideration and review. In addition, on March 24, 2004, Attorney provided additional information with respect to the written proposal for respondent's consideration which will necessitate the additional time requested.

As previously indicated, Attorney Swaine may seek to amend, or elect not to pursue, the petition (which was filed by petitioner's former counsel) after further consultation with his client and after respondent reviews the written proposal submitted. It is noted that petitioner's removal has been stayed.

For these reasons, the parties request that this motion be granted upon consent.

                                  Respectfully submitted,

                                  KEVIN J. O'CONNOR
                                  UNITED STATES ATTORNEY

                                  WILLIAM M. BROWN, JR.
                                  ASSISTANT UNITED STATES ATTORNEY
                                  157 CHURCH STREET
                                  NEW HAVEN, CONNECTICUT 06510
                                  (203) 821-3700
                                  FEDERAL BAR NO. ct20813

CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

ATTORNEY JAMES E. SWAINE
LAW OFFICES OF JAMES E. SWAINE
18 TRUMBULL STREET
NEW HAVEN, CT 06511

Dated at New Haven, Connecticut this 25th day of March, 2004.

_____
WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY