UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRAZYNA ZIMNIUCH, <br> A 73-474-205 | CIV. NO. 3:03CV0875(AWT) |
| Petitioner, | |
| v. | |
| DEPARTMENT OF HOMELAND SECURITY, | |
| Respondent | March 26, 2004 |

JOINT MOTION FOR ENLARGEMENT OF TIME

The parties jointly move for an additional enlargement of time of 30 days, up to and including April 26, 2004, for the respondent to file a response in this matter.

As grounds for this motion, the undersigned submits that, after continued discussions between counsel, the parties require the additional time to continue to explore whether any alternative options are available to resolve this matter.

As previously indicated, Attorney Swaine has submitted a written proposal for consideration by respondent that the undersigned has received and forwarded for consideration and review. In addition, on March 24, 2004, Attorney provided additional information with respect to the written proposal for respondent's consideration which will necessitate the additional time requested.

Extension GRANTED, absent objection, to and including April 26, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT   03/26/04