UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| GRAZYNA ZIMNIUCH, <br> A 73-474-205 | : <br> : <br> : | CIV. NO. 3:03CV0875(AWT) |
| Petitioner, | : <br> : | |
| v. | : <br> : | |
| DEPARTMENT OF HOMELAND SECURITY, | : <br> : <br> : | |
| Respondent | : | April 27, 2004 |

<u>JOINT MOTION FOR ENLARGEMENT OF TIME</u>

The parties jointly move for an additional enlargement of time of 30 days, up to and including May 26, 2004, for the respondent to file a response in this matter.

As grounds for this motion, the undersigned submits that, after continued discussions between counsel, the parties require the additional time to continue to explore whether any alternative options are available to resolve this matter.

As previously indicated, Attorney Swaine has submitted a written proposal for consideration by respondent that the undersigned has received and forwarded for consideration and review. In addition, on March 24, 2004, Attorney Swaine provided additional information with respect to the written proposal for respondent's consideration which will necessitate the additional time requested. Finally, Attorney Swaine has requested an opportunity to meet with the undersigned and a Department of

Homeland Security representative to further discuss possible resolutions.

As previously indicated, Attorney Swaine may seek to amend, or elect not to pursue, the petition (which was filed by petitioner's former counsel) after further consultation with his client and after further negotiations. It is noted that petitioner's removal has been stayed.

For these reasons, the parties request that this motion be granted upon consent.

Respectfully submitted,

KEVIN J. O'CONNOR
UNITED STATES ATTORNEY

WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY
157 CHURCH STREET
NEW HAVEN, CONNECTICUT 06510
(203) 821-3700
FEDERAL BAR NO. ct20813

CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

ATTORNEY JAMES E. SWAINE
LAW OFFICES OF JAMES E. SWAINE
18 TRUMBULL STREET
NEW HAVEN, CT 06511

Dated at New Haven, Connecticut this 27th day of April, 2004.

_____
WILLIAM M. BROWN, JR.
ASSISTANT UNITED STATES ATTORNEY