UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GRAZYNA ZIMNIUCH, <br> A 73-474-205 | : <br> : <br> : |
| Petitioner, | : <br> : |
| v. | : <br> : |
| DEPARTMENT OF HOMELAND SECURITY, | : <br> : <br> : |
| Respondent | : April 27, 2004 |

CIV. NO. 3:03CV00875(AWT)

FILED
2004 APR 28 A 10:46
U.S. DISTRICT COURT
HARTFORD CT

Extension GRANTED, nunc pro tunc to and including May 26, 2004. It is so ordered.
Alvin W. Thompson, U.S.D.J.
Hartford, CT   04/39/04

## JOINT MOTION FOR ENLARGEMENT OF TIME

The parties jointly move for an additional enlargement of time of 30 days, up to and including May 26, 2004, for the respondent to file a response in this matter.

As grounds for this motion, the undersigned submits that, after continued discussions between counsel, the parties require the additional time to continue to explore whether any alternative options are available to resolve this matter.

As previously indicated, Attorney Swaine has submitted a written proposal for consideration by respondent that the undersigned has received and forwarded for consideration and review. In addition, on March 24, 2004, Attorney Swaine provided additional information with respect to the written proposal for respondent's consideration which will necessitate the additional time requested. Finally, Attorney Swaine has requested an opportunity to meet with the undersigned and a Department of