```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF CONNECTICUT

GRAZYNA ZIMNIUCH,              :    CIV. NO. 3:03CV0875(AWT)
A 73-474-205                   :
                               :
     Petitioner,               :
                               :
v.                             :
                               :
DEPARTMENT OF HOMELAND         :
SECURITY,                      :
                               :
     Respondent                :    May 26, 2004
```

## JOINT MOTION FOR ENLARGEMENT OF TIME

The parties jointly move for an additional enlargement of time of 30 days, up to and including June 28, 2004, for the respondent to file a response in this matter.

As grounds for this motion, the undersigned submits that, after further discussions between counsel, the parties require the additional time to continue to explore whether any alternative options are available to resolve this matter.

As previously indicated, Attorney Swaine has submitted a written proposal for consideration by respondent that the undersigned has received and forwarded for consideration and review. In addition, on March 24, 2004, Attorney Swaine provided additional information with respect to the written proposal for respondent's consideration which will necessitate the additional time requested.

    Finally, the parties are now scheduling a meeting in the near future between Attorney Swaine, the undersigned, and a Department of Homeland Security representative to further discuss possible resolutions.  As previously indicated, Attorney Swaine may seek to amend, or elect not to pursue, the petition (which was filed by petitioner's former counsel) after further consultation with his client and after further negotiations.  It is noted that petitioner's removal has been stayed.

    For these reasons, the parties request that this motion be granted upon consent.

                                    Respectfully submitted,

                                    KEVIN J. O'CONNOR
                                  UNITED STATES ATTORNEY


                                  WILLIAM M. BROWN, JR.
                                  ASSISTANT UNITED STATES ATTORNEY
                                  157 CHURCH STREET
                                  NEW HAVEN, CONNECTICUT 06510
                                  (203) 821-3700
                                  FEDERAL BAR NO. ct20813
                                  william.m.brown@usdoj.gov

CERTIFICATION

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

ATTORNEY JAMES E. SWAINE  
LAW OFFICES OF JAMES E. SWAINE  
18 TRUMBULL STREET  
NEW HAVEN, CT 06511

Dated at New Haven, Connecticut this 27th day of May, 2004.

_____  
WILLIAM M. BROWN, JR.  
ASSISTANT UNITED STATES ATTORNEY