FILED

2004 AUG -6  A 10: 55

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************
| | | |
|---|---|---|
| GRAZYNA ZIMNIUCH, | * | CIV. NO.    3:03CV0875 (AMT) |
| A# 73-474-205 | * | |
| | * | |
| Petitioner | * | |
| | * | |
| v. | * | |
| | * | |
| DEPARTMENT OF | * | |
| HOMELAND SECURITY, | * | |
| | * | |
| | * | August 4, 2004 |
| Respondent | * | |

*******************************

### JOINT MOTION FOR ENLARGEMENT OF TIME

The parties jointly move for an additional enlargement of time of sixty (60) days up to and including September 30, 2004, for the Respondent to file a response in this matter and for further proceedings in this matter to go forward.

As grounds for this motion, the undersigned counsel for the Petitioner

1

Grazyna Zimniuch submits that there is a good cause for the enlargement as it now appears that the parties have reached an agreement which will result in the withdrawal of the Writ and resolution of this matter.

Counsel for the government, Assistant United States Attorney William M. Brown, Jr. has been contacted and joins in this motion for enlargement of time.

The parties have already reached an agreement by which Ms. Zimniuch has been released from the Department of Homeland Security custody, she had previously been held at the Niantic Correctional Center for Women. The parties are taking final steps to be in a position to seek to reopen the Immigration Court proceedings in the near future and additional time is necessary to complete the details of that proceedings. The parties are hopeful that all matters will be resolved within the time frame set forth in this joint motion and therefore the parties will be able to stipulate to the withdrawal.

For these reasons, the parties jointly request that this motion be granted upon consent.

RESPECTFULLY SUBMITTED
THE PETITIONER
GRAZYNA ZIMNIUCH


BY: _____
JAMES E. SWAINE, HER Attorney
The Law Offices of James E. Swaine
18 Trumbull Street
New Haven, CT 06511
(203) 498-0086
Juris No. 401649


## CERTIFICATION

This is to certify that a copy of the foregoing was mailed, postage prepaid, this _5th_ day of _____ 2004 to William M. Brown, Jr., Assistant United States Attorney, 157 Church Street, New Haven, Connecticut 065010.

_____
James E. Swaine
Petitioner's Counsel of Record

3