FILED

2004 AUG -6 A 10: 55

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************
GRAZYNA ZIMNIUCH,           *       CIV. NO.    3:03CV0875 (AWT)
A# 73-474-205               *
                            *
    Petitioner              *
                            *
v.                          *
                            *
DEPARTMENT OF               *
HOMELAND SECURITY,          *
                            *
                            *       August 4, 2004
    Respondent              *
*******************************


### JOINT MOTION FOR ENLARGEMENT OF TIME

The parties jointly move for an additional enlargement of time of sixty (60) days up to and including September 30, 2004, for the Respondent to file a response in this matter and for further proceedings in this matter to go forward.

As grounds for this motion, the undersigned counsel for the Petitioner

Extension GRANTED, nunc pro tunc, to and including September 30, 2004. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT    08/14/04

FILED 2004 AUG 12 P 6:34 U.S. DISTRICT COURT HARTFORD