303CV0875 AWT

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF CONNECTICUT

FILED

| | |
|---|---|
| GRAZYNA ZIMNIUCH<br><br>Petitioner<br><br>v.<br><br>DEPARTMENT OF HOMELAND SECURITY<br><br>Respondent | SR3:03CV875 (AWT)<br>2003 MAY 16 P 4 03<br><br>PETITIONER'S MOTION<br>FOR HABEAS CORPUS &<br>INJUNCTION / T.R.O.<br>HARTFORD CT<br><br>MAY 16, 2003 |

### PETITION FOR WRIT OF HABEAS CORPUS

Pursuant to Article 1, §9, Clause 2 of the United States Constitution, the fifth amendment, 28 U.S.C. § 2241, *et seq.*; 28 U.S.C. §1361; 28 U.S.C. §1221; 28 U.S.C. §1331; 5 U.S.C. §701, *et seq.*; §§242 and 292 of the Immigration and Nationality Act ("INA"), Grazyna Zimniuch (hereinafter referred to as "Petitioner") moves this Court for a Writ of Habeas Corpus, alleging as follows:

1. Petitioner, Alien Registration Receipt is A73-474-205, is a native and citizen of Poland.

2. Petitioner has been domiciled at 11 Mead Street, New Britain, Connecticut for the past year, and prior to that lived at 134 Alden Street, New Britain, for nine years.

3. Respondent, DEPARTMENT OF HOMELAND SECURITY ("DHS"), includes a Directorate of Border and Transportation Security ("BTS") which has since March 1, 2003 taken over responsibilities formerly undertaken by the Immigration and Naturalization Service ("INS").

1

DENIED, as moot, because the parties have represented that the case has settled. It is so ordered.

Alvin W. Thompson, U.S.D.J.
Hartford, CT 09/27/04

2004 SEP 27 P 5:37
U.S. DISTRICT COURT
HARTFORD, CT.