UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

```
******************************
GRAZYNA ZIMNIUCH,              *        CIV. NO.     3:03CV0875 (AMT)
A# 73-474-205                  *
                               *
     Petitioner                *
                               *
v.                             *
                               *
DEPARTMENT OF                  *
HOMELAND SECURITY,             *
                               *
                               *        September 29, 2004
     Respondent                *
******************************
```

### STIPULATION FOR VOLUNTARY DISMISSAL

The parties by and through their undersigned counsel hereby submits this Stipulation pursuant to Rule 41, Federal Rules of Civil Procedure for a voluntary dismissal of the above-referenced writ of habeas corpus. The parties hereby notify the Court that this matter has been settled and submit this stipulation

1

of dismissal to terminate these proceedings.

WHEREFORE, the parties respectfully request the Court enter a voluntary dismissal pursuant to Rule 41, pursuant to this stipulation.

RESPECTFULLY SUBMITTED
THE PETITIONER
GRAZYNA ZIMNIUCH


BY: _____
JAMES E. SWAINE, HER Attorney
The Law Offices of James E. Swaine
18 Trumbull Street
New Haven, CT 06511
(203) 498-0086
Juris No. 401649


RESPECTFULLY SUBMITTED
THE DEFENDANT
THE DEPARTMENT OF HOMELAND SECURITY

BY: _____
WILLIAM BROWN, JR.
Assistant United States Attorney
157 Church Street
New Haven, CT 06510

2