FILED

2004 OCT -4  A 11: 00

U.S. DISTRICT COURT
HARTFORD, CT.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

*******************************
GRAZYNA ZIMNIUCH,           *        CIV. NO.    3:03CV0875 (AMT)
A# 73-474-205               *
                            *
    Petitioner              *
                            *
v.                          *
                            *
DEPARTMENT OF               *
HOMELAND SECURITY,          *
                            *
                            *        September 29, 2004
    Respondent              *
*******************************

### STIPULATION FOR VOLUNTARY DISMISSAL

The parties by and through their undersigned counsel hereby submits this Stipulation pursuant to Rule 41, Federal Rules of Civil Procedure for a voluntary dismissal of the above-referenced writ of habeas corpus. The parties hereby notify the Court that this matter has been settled and submit this stipulation

1

APPROVED and SO ORDERED.

ALVIN W. THOMPSON, U.S.D.J.
HARTFORD, CT    10/4/04